# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-3936

_____

Filed: March 05, 2025
5:23-cv-00905-SL

LEAH PRIDA

    Plaintiff - Appellant

v.

OPTION CARE ENTERPRISES, INC.; CLINICAL SPECIALTIES, INC.

    Defendants - Appellees

## <u>MANDATE</u>

  Pursuant to the court's disposition that was filed 02/11/2025 the mandate for this case hereby issues today.  Reverse and Remanded.

COSTS:  None